# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BERNIE DARST, | : | Case No. 3:15-cv-0056 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| ACOSTA SALES AND MARKETING, INC., et al., | : | |
| | : | |
| Defendants. | | |

___

## ENTRY AND ORDER GRANTING MOTION
## FOR LEAVE TO FILE EXHIBIT UNDER SEAL (DOC. 26)
___

This case is before the Court on Plaintiff's Motion for Leave to File Exhibit Under Seal (Doc. 26). On May 27, 2016, Defendants filed a Response (Doc. 27) to the Motion, in which Defendants agreed that Joint Exhibit 34 from the Deposition of David Johnson should be filed under seal because it contains personal salary information of individuals who are not parties to the case. Wherefore, being fully advised and for good cause shown, the Court **GRANTS** the Motion for Leave to File Exhibit Under Seal (Doc. 26).

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, May 31, 2016.

                                                                  s/Thomas M. Rose

                                                    _____
                                                    THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE